IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| TRIBUNE COMPANY, et al., | : | |
| Debtor. | : | Civil Action No. 13-1584 GMS<br>Bankruptcy Case No. 08-13141 |
| JO ANNA CANZONERI McCORMICK, | : | AP No. 13-87 |
| Appellant, | : | |
| v. | : | |
| TRIBUNE COMPANY, et al., | : | |
| Appellees. | : | |

ORDER

At Wilmington this __17th__ day of October, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 8);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **November 18, 2013.**

CHIEF, UNITED STATES DISTRICT JUDGE